DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD SINNO,**
Appellant,

v.

**WALMART STORES EAST, LP and WILLIAM BALES,**
Appellees.

No. 4D2024-1752

[March 5, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312021CA000159.

Brian J. Lee Morgan & Morgan, Jacksonville, for appellant.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellee Walmart Stores East, LP.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***